IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| ANTHONY MELTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. 1:12-cv-01019-JDB-egb |
| ) | JURY DEMAND |
| HIGHLAND CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW the Plaintiff, Anthony Melton, and Defendant, Highland Corporation, by and through their undersigned counsel, and hereby stipulate that they have fully and finally compromised and settled all disputes between them and that the above-captioned action should be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the Defendant to pay statutory costs, if any.

Respectfully submitted,

GILBERT, RUSSELL & MCWHERTER, PLC

BY:    /s/ Jonathan L. Bobbitt
       Jonathan L. Bobbitt – 023515
       Attorney for Plaintiff
       101 N. Highland Avenue
       Jackson, TN 38301
       (731)664-1340

SPRAGINS, BARNETT & COBB, PLC

BY:    /s/ Charles H. Barnett, III
       Charles H. Barnett, III - 008721
       Sara E. Barnett – 021379
       Attorneys for Defendant
       P.O. Box 2004, Jackson, TN  38302-2004
       731-424-0461

1426-87-CHB; Page 1